

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an att standing of this Court's general bar or be granted l by Local Rules 83.12 through 83.14.

**08CV0203**
**JUDGE KENNELLY**
**MAG. JUDGE MASON**

In the Matter of

TRUSTEES of the CHICAGO REGIONAL COUNCIL of CARPENTERS Fund, et. al.
v.
LIBERTY FLOORS, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALL PLAINTIFFS

**FILED**
JAN - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Daniel P. McAnally | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM WHITFIELD McGANN & KETTERMAN | |
| STREET ADDRESS 111 E. WACKER DRIVE, SUITE 2600 | |
| CITY/STATE/ZIP CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6205288 | TELEPHONE NUMBER 312-251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |