UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.<br><br>Plaintiff,<br><br>v.<br><br><br><br>Liberty Floors, Inc.<br><br>Defendant. | Case No.:<br>1:08−cv−00203<br>Honorable Matthew F. Kennelly |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

MINUTE entry before Judge Matthew F. Kennelly :Status hearing set for 4/8/2008 at 09:30 AM. in courtroom 2103.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.